# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JORGE GUILLEN ZAMBRANO | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | Case No. 6:26-cv-3119 |
| | ) | |
| WE'RE GOOD COMPANY, LLC | ) | |
|     Defendant | ) | JURY TRIAL DEMANDED |

## <u>COMPLAINT</u>

PLAINTIFF, by counsel, sets forth his Complaint against Defendant as follows:

1. This action is brought pursuant to the Civil Rights Act of 1964.

2. The events giving rise to this action occurred in the Western District of Missouri.

3. Plaintiff was an employee of Defendant in Springfield, MO between October 2024 and December 2025.

4. Plaintiff worked for Defendant as a warehouseman.

5. Plaintiff is Latino.

6. Plaintiff is from Venezuela.

7. Plaintiff is legally permitted to work in the United States.

8. On or about December 5, 2025 Defendant terminated Plaintiff's employment.

9. Defendant's stated reason for terminating Plaintiff's employment was that Plaintiff had been accused of harassing a female employee.

10. Plaintiff did not harass a female employee.

11. Defendant has a policy of investigating accusations of harassment by employees.

12. Defendant investigates reports of white employees who are accused of harassment.

13. Similarly situated white employees of Defendant were treated more favorably than Plaintiff.

14. Defendant knew or should have known that Plaintiff did not harass a female employee.

15. Defendant terminated Plaintiff's employment because of Plaintiff's race and/or national origin.

16. As a result of Defendant's actions Plaintiff has been damaged.

17. Defendant acted with reckless indifference or evil motive in terminating Plaintiff's employment.

18. On December 16, 2025 Plaintiff filed a charge of discrimination with the EEOC. A true and accurate copy is attached hereto as Exhibit 1 and incorporated herein by reference.

19. On January 21, 2026 the EEOC issued Plaintiff a Notice of Right to Sue. A true and accurate copy is attached hereto as Exhibit 2 and incorporated herein by reference.

20. Plaintiff demands a trial by jury on all matters so triable.

WHEREFORE Plaintiff prays the Court for judgment against Defendant for Plaintiff's damages, back and front pay, emotional distress, attorney fees, punitive damages, costs, and such other relief as is just and lawful.

LAMPERT LAW OFFICE, LLC

By:./s/ Raymond Lampert_____
      Raymond Lampert, #57567
      1531 E. Bradford Pkwy, Ste 200
      Springfield, MO 65804
      Phone: (417) 886-3330
      Fax: (417) 886-8186
      ray@lampertlaw.net
      *Attorney for Plaintiff*